No. 92–8591.  ALDRIDGE *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 92–8598.  HOLDEN *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 92–8602.  WRIGHT *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 92–8605.  SAWYERS *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 92–8606.  HARDEN *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 92–8611.  TERRY *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 92–8614.  ZEE *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 92–8616.  BALDWIN *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 92–8617.  MAKHOUL *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 92–8620.  ROWEN *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 92–8621.  LAFORNEY *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 92–8622.  RAWLS *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 92–8624.  RILEY *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 92–1564.  JONES ET AL. *v.* CLEAR CREEK INDEPENDENT SCHOOL DISTRICT.  C. A. 5th Cir.  Motion of National School Boards Association for leave to file a brief as *amicus curiae* granted.  Certiorari denied.

No. 92–1679.  HOPKINS, WARDEN *v.* RUST.  C. A. 8th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.